UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN GREENE,

    Plaintiff,

v.

Case No. 12-14434

Honorable Nancy G. Edmunds

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [12]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [10] is DENIED, Defendant's motion for summary judgment [11] is GRANTED, and the case is hereby DISMISSED.

SO ORDERED.

    S/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: October 18, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2013, by electronic and/or ordinary mail.

    S/Johnetta M. Curry-Williams
    Case Manager
    Acting in the Absence of Carol A. Hemeyer

---

[1] Timely objections were not filed.